**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MALIBU MEDIA, LLC,

    Plaintiff,

vs.                                         Case No.  3:12-cv-340-J-34JRK

JOHN DOES 1 - 20,

    Defendants.
_____/

## ORDER OF REFERRAL

In accordance with 28 U.S.C. § 636(b) and Local Rule 6.01(b), John Doe 9's Motion to Sever & Dismiss and/or Issue a Protective Order, and Incorporated Memorandum of Law (Dkt. No. 11; Motion) is hereby **REFERRED** to the Honorable James R. Klindt, United States Magistrate Judge, for a report and recommendation regarding an appropriate resolution of the Motion.  The undersigned requests that a Report and Recommendation be entered no later than **August 31, 2012**.

**DONE AND ORDERED** at Jacksonville, Florida, this 31st day of May, 2012.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Hon. James R. Klindt
Counsel of Record