THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

| | |
|---|---|
| MALIBU MEDIA, LLC, | : |
| Plaintiff, | : |
| v. | : Case No. 3:12-cv-00340-MMH-JRK |
| JOHN DOES 1-20, | : |
| Defendant. | : |

## NOTICE OF PENDENCY OF OTHER ACTIONS

Comes now, John Doe 9 identified by the IP address 184.7.156.242, by and through undersigned counsel, and Notice that a Motion to Quash was Filed in Related Case styled *John Doe 9 v. Malibu Media, LLC*, 1:12-cv-01386, in the United States District Court for the District of Colorado. The Motion was denied without prejudice with permission to refiled on or before June 25, 2012.

Respectfully submitted,
TAMAROFF & TAMAROFF, P.A.
The Alfred I. DuPont Building
169 East Flagler Street, Suite 1633
Miami, Florida 33131
Tel: (305) 403-2020
Fax: (305) 403-2021
dan@tamarofflaw.com

By: /s/ Daniel F. Tamaroff              .
**Daniel F. Tamaroff**
Florida Bar No. 92083
dan@tamarofflaw.com
David F. Tamaroff
Florida Bar No. 92084
david@tamarofflaw.com
*Attorneys for John Doe 9*

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 15th day of June, 2012, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

                                              By: /s/ Daniel F. Tamaroff        .
                                                **DANIEL F. TAMAROFF**