## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Case No. 3:12-cv-00340-MMH-JRK |
| | ) |
| v. | ) |
| | ) |
| JOHN DOES 1-20, | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE 9 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Defendant, John Doe 9 ("Defendant"). Pursuant to the settlement agreement terms, Plaintiff hereby dismisses the actions claimed against Defendant with prejudice. John Doe 9 was assigned the IP address 184.7.156.242. For the avoidance of doubt, Plaintiff is not dismissing any other Defendant from this case.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: June 26, 2012.

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipsomb@lebfirm.com
LIPSCOMB, EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile:  (786) 431-2229
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of June, 2012, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb